UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA

18 U.S.C. § 930
18 U.S.C. § 111

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 14, 2022, in the Middle District of Florida, the defendant,

EMMANUEL AYALA,

did knowingly possess and cause to be present a firearm, that is, a Smith & Wesson 9MM firearm, in a federal facility.

In violation of 18 U.S.C. § 930.

### COUNT TWO

On or about September 14, 2022, in the Middle District of Florida, the defendant,

EMMANUEL AYALA,

did forcibly resist, oppose, impede, and interfere with an officer and employee of the United States, while that officer and employee of the United States was engaged in the performance of official duties.

In violation of 18 U.S.C. § 111.

## **FORFEITURE**

1.  The allegations contained in Counts One and Two are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 930, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  The property to be forfeited includes, but is not limited to, the following: Smith & Wesson 9MM Semi-Automatic firearm and 12 9MM rounds of ammunition.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Abigail K. King
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

FORM OBD-34
October 22

No. 2022R01811

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EMMANUEL AYALA

## INDICTMENT

Violations: 18 U.S.C. §§ 930 and 111

A true bill,

███████████████████
Foreperson

Filed in open court this 26 day of October 2022.

_____
Clerk

Bail $_____

GPO 863 525