AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Emmanuel Ayala | ) Case No. 8:22 cr 369 KKM-AAS |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Emmanuel Ayala,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 930 and 18 U.S.C. § 111

Date: OCT 27 2022 ~~10/26/2022~~

*Issuing officer's signature* — Katrina M. Elliott

City and state: Tampa, Florida

ELIZABETH M. WARREN
Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10-27-22, and the person was arrested on *(date)* 11-16-22
at *(city and state)* Tampa, FL.

Date: 11-16-22

*Arresting officer's signature*

Scott Capuzola DUSM
*Printed name and title*