# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No: 8:22-CR-369-KKM-AAS

**EMMANUEL AYALA**

_____/

## NOTICE OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **EMMANUEL AYALA**, in the above-styled cause.

The Clerk is requested to enter the appearance of **STEPHEN CONSUEGRA**, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of **PAUL ANDREW DOWNING**, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 18th day of November 2022.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Stephen Consuegra*
Stephen Consuegra
Florida Bar No. 105816
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November 2022, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Abigail King, AUSA

/s/ *Stephen Consuegra*
Stephen Consuegra
Assistant Federal Defender