UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-369-KKM-AAS | DATE: | December 13, 2022 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br><br> **EMMANUEL AYALA** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL <br>     Ilyssa Spergel, AUSA, for <br>     Abigail King | |
| | | DEFENSE COUNSEL <br>     Stephen Consuegra, AFPD | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:05 a.m.–9:08 a.m. | TOTAL: 3 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

The United States is ready to proceed to trial.

The trial will last approximately 2–3 days.

Discovery has not been sent yet.

With no objection from the United States, the defendant orally moves to continue the trial to April 2023 and for an extension of time to file pretrial deadlines.

For the reasons stated on the record, more specifically to allow the defense additional time to review discovery, file pretrial motions, and prepare for trial, the defendant's oral motion is GRANTED, and the pretrial deadlines are extended accordingly.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the January 2023 trial calendar and rescheduled for a status conference on March 14, 2023, at 9:00 a.m. in Courtroom 13B.

The trial is continued to the April 2023 trial calendar.

The time from today through April 30, 2023, is excluded under 18 U.S.C. § 3161(h).