UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-369-KKM-AAS | DATE: | March 14, 2023 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** | | LANGUAGE: | n/a |
| **v.** | | GOVERNMENT COUNSEL | Abigail King, AUSA |
| **EMMANUEL AYALA** | | DEFENSE COUNSEL | Stephen Consuegra, AFPD |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:56 a.m.–10:19 a.m.   TOTAL: 23 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

The Court provides clarification regarding the March 13, 2023, Order (Doc. 26).

Defendant's January 5, 2023, Motion to Dismiss the Indictment (Doc. 23) is discussed.

With no objection from the United States, defense counsel orally moves for a ninety-day trial continuance and an extension of the pretrial motions deadline.

For the reasons stated on the record, defense counsel's oral motion is GRANTED.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the April 2023 trial calendar and rescheduled for a status conference on June 13, 2023, at 9:00 a.m. in Courtroom 13B.

The trial is continued to the July 2023 trial calendar.

The time from today through August 6, 2023, is excluded under 18 U.S.C. § 3161(h).

The pretrial motions deadline is extended an additional ninety days.