UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                              CASE NO. 8:22-CR-369-KKM-AAS

EMMANUEL AYALA

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Motion for Extension of Time to file a supplemental brief in response to the defendant's Motion to Dismiss, and would state:

1. On January 5, 2023, the defendant filed a Motion to Dismiss. Doc. 23.

2. On January 19, 2023, the United States filed a Response in Opposition to the Motion to Dismiss. Doc. 25.

3. On March 13, 2023, the Court ordered the United States to prepare a supplemental brief, to be filed no later than April 14, 2023. Doc. 26.

4. The undersigned requests an extension to allow the United States Attorney's Office Appellate Division to have adequate time to review the supplemental brief.

5. The undersigned has communicated with counsel for the defendant, Stephen Consuegra, and counsel does not object to the extension.

WHEREFORE, the United States of America, moves for an extension through and including April 28, 2023, to file its supplemental brief in response to the defendant's Motion to Dismiss.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:    /s/ *Abigail K. King*
    Abigail K. King
    Assistant United States Attorney
    Florida Bar No. 294963
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: abigail.king@usdoj.gov

U.S. v. Emmanuel Ayala                    Case No. 8:22-cr-369-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel.

/s/ *Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294936
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: abigail.king@usdoj.gov