# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                     Case No. 8:22-cr-00369-KKM-AAS

**EMMANUEL AYALA**

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING

The Defendant, Emmanuel Ayala, by and through his attorney, pursuant to this Court's endorsed orders for supplemental briefing, Docs. 26 and 31, moves unopposed for a 30-day extension of time to file supplemental briefing in this matter, which would fall on June 19, 2023. In support of his motion, Mr. Ayala states as follows:

1. On January 5, 2023, Mr. Ayala filed a motion to dismiss the indictment on constitutional grounds arising out of the Second Amendment's right to keep and bear arms for self-defense and for violations of Due Process under the Fifth Amendment. Doc. 23.

2. On January 19, 2023, the Government filed its response in opposition. Doc. 25.

3. On March 13, 2023, the Court ordered supplemental briefing from the Government and imposed a deadline to respond by April 14,

1

        2023; the Court permitted Mr. Ayala an equal opportunity for further briefing. Doc. 26.

4. On April 13, 2023, the Government moved for an unopposed extension of time, Doc. 30, and the Court granted the motion on April 13, 2023, extending the deadline for the Government to file its response by April 28, 2023, and permitting the Defense an opportunity to respond by May 19, 2023.

5. Undersigned counsel seeks a 30-day extension of time to file supplemental briefing in this matter to provide the Defense adequate time to meet and confer with possible experts and historians in the field related to the issues in this case.

6. Counsel for Mr. Ayala conferred with AUSA Abigail King via email on May 15, 2023, and she has no objection to an extension of time.

Wherefore, Mr. Ayala asks that this Court grant his request for a 30-day extension of time to file supplemental briefing in this matter by June 19, 2023.

        A. FITZGERALD HALL, ESQ.
        FEDERAL DEFENDER

        ***/s/ Stephen Consuegra***
        Stephen Consuegra, Esq.
        Florida Bar No. 105816
        Assistant Federal Defender
        400 N. Tampa Street, Suite 2700
        Tampa, Florida 33602
        Telephone: (813) 228-2715
        Facsimile: (813) 228-2562
        E-mail: Stephen_Consuegra@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2023, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

[NAME OF AUSA]

                                                  */s/ Stephen Consuegra*
                                                  Stephen Consuegra, Esq.
                                                  Assistant Federal Defender