UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No.: 8:22-cr-369-KKM-AAS

EMMANUEL AYALA
_____/

**NOTICE OF APPEARANCE AS CO-COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent Defendant Emmanuel Ayala in the above-styled cause. Doc. 9.

The Clerk is requested to enter the appearance of Laura J. Daines, Assistant Federal Defender, as co-counsel for Mr. Ayala.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Laura J. Daines*
Laura J. Daines, Esq.
Assistant Federal Defender
Florida Bar Number 105060
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-Mail: Laura_Daines@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 16, 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Abigail King.

*/s/ Laura J. Daines*
Laura J. Daines, Esq.
Assistant Federal Defender
