UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-369-KKM-AAS | DATE: | June 13, 2023 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **EMMANUEL AYALA** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL <br> Abigail King, AUSA | |
| | | DEFENSE COUNSEL <br> Stephen Consuegra, AFPD | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:49 a.m.–9:50 a.m. | TOTAL: 1 minute | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

With no objection from the United States, defense counsel orally moves for a two-cycle trial continuance and to extend the pretrial motions deadline.

For the reasons stated on the record, defense counsel's oral motions are GRANTED.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the July 2023 trial calendar and rescheduled for a status conference on August 8, 2023, at 9:00 a.m. in Courtroom 13B.

The trial is continued to the September 2023 trial calendar.

The time from today through October 1, 2023, is excluded under 18 U.S.C. § 3161(h).

The pretrial motions deadline is extended to July 28, 2023.