UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-00369-KKM-AAS

EMMANUEL AYALA
_____/

## DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

The Defendant, Emmanuel Ayala, by and through his attorney, pursuant to Local Rule 3.01(h), requests an evidentiary hearing on his Motion to Dismiss the Indictment, Doc. 23. The time necessary for the hearing should be approximately three hours.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Stephen Consuegra*
Stephen Consuegra, Esq.
Florida Bar No. 105816
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2023, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Abigail King, AUSA

                                             */s/ Stephen Consuegra*
                                             Stephen Consuegra, Esq.
                                             Assistant Federal Defender