UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA

**UNITED STATES' UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT**

      The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this motion for permission to file a motion in excess of twenty pages pursuant to Middle District of Florida Local Rule 3.01(b) and, in support, states as follows:

      Ayala filed an extensive Motion to Suppress (Doc. 44), which covers intricate legal issues of alleged violations of the Fourth Amendment and *Terry* stops. In order to properly reply to Ayala's Motion to Suppress, the United States must recount specific and robust details of the law enforcement investigation that resulted in the indictment in this case as well as address the proposed legal issues.

      Local Rule 3.01(b) provides that no party shall file any brief or legal memorandum longer than twenty pages without prior permission from the district court.

      Therefore, pursuant to this rule, the United States seeks permission from the district court to exceed the page limitation with respect to the above-described motion. The United States seeks permission to file a 25-page motion response.

Defense counsel does not oppose the relief requested by this motion.

                    Respectfully submitted,

                    ROGER B. HANDBERG
                    United States Attorney

By:   /s/ *Abigail K. King*
       Abigail K. King
       Assistant United States Attorney
       Florida Bar No. 294963
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: Abigail.King@usdoj.gov

U.S. v. Emmanuel Ayala                    Case No. 8:22-cr-369-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen Consuegra, AFPD

/s/ *Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Abigail.King@usdoj.gov