UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-369-KKM-AAS | DATE: | August 8, 2023 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** | | LANGUAGE: | n/a |
| v. | | GOVERNMENT COUNSEL Abigail King, AUSA | |
| **EMMANUEL AYALA** | | DEFENSE COUNSEL Stephen Consuegra, AFPD | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:13 a.m.–9:17 a.m. | TOTAL: 4 minutes | COURTROOM: 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

The Court needs additional time to address the pending Motion to Dismiss (Doc. 23), and the pending Motion to Suppress (Doc. 44) is not ripe.

With no objection from either party and for the reasons stated on the record, the Court continues the trial.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the September 2023 trial calendar and rescheduled for a status conference on November 14, 2023, at 9:00 a.m. in Courtroom 13B.

The trial is continued to the December 2023 trial calendar.

The time from today through January 1, 2024, is excluded under 18 U.S.C. § 3161(h).