UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case No. 8:22-cr-00369-KKM-AAS

**EMMANUEL AYALA**

_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The Defendant, Emmanuel Ayala, by and through his attorney, pursuant to Local Rule 3.01(i), files this notice of supplemental authority regarding an application for a temporary restraining order, the possession of concealed firearms on beaches in Hawai'i, and the "sensitive places" doctrine:

- *Wolford, et al. v. Lopez*, 23-cv-00265-LEK-WRP (D. Haw. Aug. 8, 2023).

- Pages 53–69 and 89–91 of the opinion.

- "The State fails to meet its burden to show that there is a national historical tradition prohibiting carrying firearms in parks. Because the State argues beaches are analogous to parks to support its restriction on beaches, the State also fails to meet its burden showing that there is a national historical tradition prohibiting firearms on beaches."

1

A copy of the supplemental authority is readily available via PACER or Westlaw.

                        **A. FITZGERALD HALL, ESQ.**
                        **FEDERAL DEFENDER**

                        ***/s/ Stephen Consuegra***
                        Stephen Consuegra, Esq.
                        Florida Bar No. 105816
                        Assistant Federal Defender
                        400 N. Tampa Street, Suite 2700
                        Tampa, Florida 33602
                        Telephone: (813) 228-271
                        E-mail: Stephen_Consuegra@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2023, a true and correct copy of the foregoing has been furnished by CM/ECF to:

AUSA Abigail King

                                              */s/ Stephen Consuegra*
                                              Stephen Consuegra, Esq.
                                              Assistant Federal Defender