UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA

**NOTICE OF APPEARANCE**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Ross Roberts has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Ross Roberts
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Ross.Roberts@usdoj.gov

2

U.S. v. Emmanuel Ayala				Case No. 8:22-cr-369-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Stephen Consuegra, Esq.

                                     */s/ Ross Roberts*
                                     Ross Roberts
                                     Assistant United States Attorney
                                     Florida Bar No. 126847
                                     400 N. Tampa St., Ste. 3200
                                     Tampa, FL 33602-4798
                                     Telephone: (813) 274-6000
                                     Facsimile: (813) 274-6358
                                     Email: Ross.Roberts@usdoj.gov