UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA

### NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, pursuant to Local Rule 3.01(i), files this notice of supplemental authority regarding the "sensitive places" doctrine and government buildings in support of its response in opposition of Ayala's motion to dismiss. Docs. 25, 32.

1. *Kipke v. Moore*, 2023 WL 6381503, 14 (D. Md. 2023):

   "Government buildings are indisputably sensitive places. *Heller*, 554 U.S. at 626, 128 S.Ct. 2783; *McDonald*, 561 U.S. at 786, 130 S.Ct. 3020; *Bruen*, 142 S.Ct. at 2133. While it is true that *Bruen* identifies legislative assemblies, polling places, and courthouses as additional examples of sensitive places, 142 S.Ct. at 2133, nothing in that opinion, nor in *Heller* or *McDonald*, indicates that only these types of government buildings are sensitive places. On the contrary, *Heller* and *McDonald* refer only to "government buildings" generally, and *Bruen* expressly adopts '*Heller*'s discussion of 'longstanding' 'laws forbidding the carrying of firearms in sensitive places such as schools and government buildings.'' *Id*. at 2133 (quoting *Heller*, 554 U.S. at 626, 128 S.Ct. 2783)."

DATED this 13th day of October 2023.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   /s/ *Abigail K. King*
        Abigail K. King
        Assistant United States Attorney
        Florida Bar No. 294963
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Abigail.King@usdoj.gov

        /s/ *Ross Roberts*
        Ross Roberts
        Assistant United States Attorney
        Florida Bar No. 126847
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Ross.Roberts@usdoj.gov

U.S. v. Ayala                                                   Case No. 8:23-cr-13-KKM-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen Consuegra, AFD

        /s/ *Abigail K. King*
        Abigail K. King
        Assistant United States Attorney
        Florida Bar No. 294963
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Abigail.King@usdoj.gov