UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                      Case No.: 8:22-cr-369-KKM-AAS

EMMANUEL AYALA,

    Defendant.
_____

## ORDER

This trial is currently scheduled for the December 2023 trial calendar. *See* (Doc. 50). Additional time is required, however, to allow the Court to address the complex constitutional issues raised by Ayala's motion to dismiss. *See* MTD (Doc. 23); Supplemental Briefing Order (Doc. 26). I have considered the factors in 18 U.S.C. § 3161(h)(7)(B) and find that the ends of justice outweigh the interests of the Defendant and of the public in a speedy trial. Specifically, I find that Ayala's motion to dismiss raises "novel questions of . . . law" necessitating additional time to resolve. 18 U.S.C. § 3161(h)(7)(B)(ii); *see also United States v. Campbell*, 706 F2d 1138, 1140 n.4 (11th Cir. 1983).

Accordingly, the trial is continued to the **January 2024** trial calendar. The status conference scheduled for November 14, 2023, is cancelled and a status conference is scheduled for December 12, 2023, at 9:00 a.m. in Tampa Courtroom 13B. The time from

today through February 4, 2024, is "excludable time."

**ORDERED** in Tampa, Florida, on November 9, 2023.

*[signature]*
Kathryn Kimball Mizelle
United States District Judge