UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-369-KKM-AAS | DATE: | January 12, 2024 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** | | LANGUAGE: | n/a |
| **v.** | | GOVERNMENT COUNSEL | Ross Roberts, AUSA |
| **EMMANUEL AYALA** | | DEFENSE COUNSEL | Stephen Consuegra, AFPD |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: 10:01 a.m.–10:09 a.m. | TOTAL: 8 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The Court's most recent ruling (Doc. 57) and the defendant's pending motion to suppress (Doc. 44) are discussed.

For reasons stated on the record, the trial is continued.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the February 2024 trial calendar and rescheduled for a status conference on February 12, 2024, at 9:00 a.m. in Courtroom 13B.

The trial is continued to the March 2024 trial calendar.

The time from today through March 31, 2024, is excluded under 18 U.S.C. § 3161(h).