UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA

**JOINT NOTICE**

Pursuant to the Court's Order, Doc. 57 at 42, counsel for the United States and Defendant, Emmanuel Ayala, file this joint notice.

The parties have conferred and agree that the pending Motion to Suppress, Doc. 44, is not moot. However, before proceeding with a suppression hearing, the United States informs the Court that, unless the Solicitor General of the United States decides otherwise, it intends to file a notice of appeal of the Court's Order, Doc. 57, by February 12, 2024 (the deadline to do so).[1] This, in turn, will divest the Court of jurisdiction "over the aspects of the case involved in the appeal." *United States v. Tovar-Rico*, 61 F.3d 1529, 1532 (11th Cir. 1995). Given the similarity of issues in the appeal and those remaining in this case, the United States submits, and Mr. Ayala agrees, that once the notice of appeal is filed, the Court will not have jurisdiction to proceed further, and the proceedings will be stayed pending appeal. At a minimum, proceeding with the remaining portion of the case would be unwarranted. Therefore, the United

---

[1] The United States currently assumes that the Solicitor General will agree with the United States Attorney's recommendation to appeal.

States and Mr. Ayala respectfully ask the Court to postpone setting a date for a suppression hearing until the case is resolved on appeal.

If, however, the Court is inclined to set a suppression hearing, the parties propose the following dates: January 26 and 31, 2024; and February 6 and 7, 2024.

Respectfully submitted by the parties.

ROGER B. HANDBERG
United States Attorney

*/s/ Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov

**A. FITZGERALD HALL, ESQ.**
**FEDERAL DEFENDER**

*/s/ Stephen Consuegra*
Stephen Consuegra, Esq.
Florida Bar No. 105816
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

U.S. v. Emmanuel Ayala                    Case No. 8:22-cr-369-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov