UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*
v.                                            Case No. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA,
    *Defendant*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Eleventh Circuit the order granting defendant's motion to dismiss in part, Doc. 57, and the dismissal of count one, Doc. 58, both entered in this action on January 12, 2024.

                              Respectfully submitted,

                              ROGER B. HANDBERG
                              Acting United States Attorney

                              DAVID P. RHODES
                              Assistant United States Attorney
                              Chief, Appellate Division

By:   *s/ Ross Roberts*
        ROSS ROBERTS
        Assistant United States Attorney
        Florida Bar No. 126847
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Ross.Roberts@usdoj.gov

February 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ Ross Roberts
ROSS ROBERTS
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov