UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-369-KKM-AAS | DATE: | February 12, 2023 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br><br> **EMMANUEL AYALA** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL <br> Ross Roberts, AUSA | |
| | | DEFENSE COUNSEL <br> Stephen Consuegra, AFPD | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:09 a.m.–9:10 a.m. | TOTAL: 1 minute | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

The United States will be filing a notice of appeal on this date.

Defendant's Motion to Suppress Evidence (Doc. 44) remains pending.