UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-369-KKM-AAS

EMMANUEL AYALA

## MOTION TO WITHDRAW

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Ross Roberts in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Abigail King.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Ross Roberts
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Ross.Roberts@usdoj.gov

U.S. v. Ayala                                                    Case No. 8:22-cr-369-KKM-AAS

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

                                     */s/ Ross Roberts*
                                     Ross Roberts
                                     Assistant United States Attorney
                                     Florida Bar No. 126847
                                     400 N. Tampa St., Ste. 3200
                                     Tampa, FL 33602-4798
                                     Telephone: (813) 274-6000
                                     Facsimile: (813) 274-6358
                                     Email: Ross.Roberts@usdoj.gov