UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:22-cr-369-AAS

      Plaintiff,          ☐
      Government          ☒          ☐ Evidentiary
                                     ☒ Trial
                                     ☐ Other

v.

EMMANUEL AYALA

      Defendant          ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Video Surveillance of Initial Interaction |
| 2 | | | | Video Surveillance of Continued Interaction |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |