UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:22-cr-369-AAS

        Plaintiff,          ☐
        Government          ☒          ☐ Evidentiary
                                      ☒  Trial
                                      ☐ Other

v.

EMMANUEL AYALA

        Defendant          ☐

# **AMENDED EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Video Surveillance of Initial Interaction |
| 2 | | | | Video Surveillance of Continued Interaction |
| 3 | | | | Photo of USPS OIG Badge |
| 4 | | | | Photo of Jill Younce's Credentials |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |