# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                        **Case No. 8:22-cr-00369-AAS**

**EMMANUEL AYALA**

_____/

## DEFENDANT'S NOTICE OF FILING POWERPOINT PRESENTATION FOR CLOSING ARGUMENT

The Defendant, Emmanuel Ayala, by and through his attorney, pursuant to Fed. R. Evid. 107, provides notice of filing his PowerPoint presentation as an illustrative aid for his closing argument, attached as Exhibit 1 and provided in electronic format.

Respectfully submitted on April 7, 2026.

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

**_/s/ Stephen Consuegra_**
Assistant Federal Defender
Florida Bar. No. 105816
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Phone: (813) 228-2715
Fax: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

# <u>CERTIFICATE OF SERVICE</u>

I HEARBY CERTIFY that on April 7, 2026, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

AUSA Abigail King.

*/s/ Stephen Consuegra*
Stephen Consuegra
Assistant Federal Defender