



































*or*



"Trust instinct to the end, even though you can give no reason."

— **Ralph Waldo Emerson**



### Resisting a Federal Officer
### 18 U.S.C. § 111

It's a Federal crime to resist a Federal Officer while the officer is performing official duties.

The Defendant is charged in Count One with resisting a federal officer.

The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1) The Defendant resisted, opposed, impeded, intimidated, or interfered with an officer or employee of the United States; and

(2) The officer or employee of the United States was engaged in the performance of official duties.

The Government must prove beyond a reasonable doubt that the victim was a Federal officer performing an official duty and that the Defendant forcibly assaulted the officer. Whether the Defendant knew at the time that the victim was a Federal officer carrying out an official duty does not matter.

But you can't find that an assault occurred if you believe that the Defendant acted only on a reasonable good-faith belief that self-defense was necessary to protect against an assault by a private citizen, and you have a reasonable doubt that the Defendant knew that the victim was a Federal officer.

A Special Agent of the United States Postal Service, Office of Inspector General, is a Federal officer and has the official duty to investigate allegations of employee misconduct.

**Self-Defense**

The Defendant's theory of defense is that he acted in self-defense and had reasonable grounds to believe he was in imminent danger.

In order for the Defendant to have been justified in the use of self-defense, he must not have provoked the assault on him or been the aggressor. Mere words, without more, do not constitute provocation or aggression.

The circumstances under which he acted must have been such as to produce in the mind of a reasonably prudent person similarly situated with the reasonable belief that the other person was then about to do serious bodily harm.

In addition, the Defendant must actually believe that he was in imminent danger and that force must be used to repel it.

Since the Defendant has raised a claim of self-defense based on lack of knowledge that the victim was a federal agent, the United States must prove the following facts beyond a reasonable doubt:

(1) The Defendant knew that the victim was a federal agent;

or

(2) The Defendant's use of force would not have qualified as self-defense even if the agent had, in fact, been a private citizen.

If evidence of self-defense is present, the government must prove beyond a reasonable doubt that the Defendant did not act in self-defense.

If you find that the government has failed to prove beyond a reasonable doubt that the defendant did not act in self-defense, you must find the Defendant not guilty. In other words, if you have a reasonable doubt whether or not the Defendant acted in self-defense, your verdict must be not guilty.





**Credibility of Witnesses**

When I say you must consider all the evidence, I don't mean that you must accept all the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. The number of witnesses testifying concerning a particular point doesn't necessarily matter.

To decide whether you believe any witness I suggest that you ask yourself a few questions:

- Did the witness impress you as one who was telling the truth?

- Did the witness have any particular reason not to tell the truth?

- Did the witness have a personal interest in the outcome of the case?

- Did the witness seem to have a good memory?

- Did the witness have the opportunity and ability to accurately observe the things he or she testified about?

- Did the witness appear to understand the questions clearly and answer them directly?

- Did the witness's testimony differ from other testimony or other evidence?

Page 7 of 22

Page 8 of 22

**Definition of "Reasonable Doubt"**

The Government's burden of proof is heavy, but it doesn't have to prove a Defendant's guilt beyond all <u>possible</u> doubt. The Government's proof only has to exclude any "reasonable doubt" concerning the Defendant's guilt.

A "reasonable doubt" is a real doubt, based on your reason and common sense after you've carefully and impartially considered all the evidence in the case.

"Proof beyond a reasonable doubt" is proof so convincing that you would be willing to rely and act on it without hesitation in the most important of your own affairs. If you are convinced that the Defendant has been proved guilty beyond a reasonable doubt, say so. If you are not convinced, say so.