UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:22-cr-369-AAS

EMMANUEL AYALA

## VERDICT

1. **Count One of the Indictment**

   As to the offense of Resisting a Federal Officer, in violation of 18 U.S.C. § 111,

   We, the Jury, find the defendant, Emmanuel Ayala:

   Guilty _____✓_____          Not Guilty _____

SO SAY WE ALL, this __7__ day of April, 2026.



FOREPERSON