UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:22-cr-369-AAS

EMMANUEL AYALA

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 111, Resisting a Federal Officer, are as follows:

First: the defendant knowingly and willfully forcibly resisted, opposed, impeded, intimidated, or interfered with an officer or employee of the United States;

Second: at the time, the officer or employee of the United States was engaged in the performance of official duties.

The word "forcibly" means some amount of force was used.

PENALTY

The penalty for the offense charged in Count Two of the Indictment is up to one year imprisonment, a fine of up to $100,000, a term of supervised release up to one year, and a special assessment of $25.

FACTUAL BASIS

On or about September 14, 2022, United States Postal Service ("USPS") Office of Inspector General Special Agents Scott Cunningham and Jill Younce went to the Tampa Processing and Distribution Center, located within the Middle District of Florida. Special Agents Scott Cunningham and Jill Younce are federal officers. Both were wearing their federal credentials around their neck when they made contact with USPS employee Emmanuel Ayala ("Ayala") to discuss an investigation into him based on his use of marijuana and possession of a firearm within the USPS truck he drove. Special Agents Cunningham and Younce were engaged in the performance of their official duties, which include conducting USPS investigations and interviewing subjects, and the credentials they wore identified them as federal agents.

Upon making contact with Ayala, Special Agents Cunningham and Younce both introduced themselves as special agents and explained they were there to speak to him about their USPS investigation. Special Agent Younce showed Ayala an additional federal credential.

For their safety and the safety of others, Special Agents Cunningham and Younce started to conduct a pat down search of Ayala for weapons prior to bringing him into the USPS facility to interview him. Ayala forcibly resisted, opposed, impeded, and interfered with them and their investigation. He stepped backwards and stuck out his arm to prevent Special Agent Cunningham from conducting the

protective search. Ayala also tightened his arms and dragged his feet as Special Agent Cunningham led Ayala to the agent's vehicle to conduct the pat down search. Special Agent Cunningham attempted to handcuff Ayala to limit his mobility and subsequently felt Ayala move his body away from his vehicle and reach his hand towards his pocket. Special Agent Cunningham grabbed Ayala's hand and put it behind Ayala's back, at which point Ayala forcibly pulled away and fled on foot, causing the agents to run after him in pursuit. The agents, with the assistance of additional law enforcement officers, ultimately apprehended Ayala at a nearby Tampa International Airport parking lot.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Abigail.King@usdoj.gov

**U.S. v. Emmanuel Ayala** **Case No. 8:22-cr-369-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen Consuegra, Esq.

/s/ *Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Abigail.King@usdoj.gov